IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| JANINE DYER, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Stadtmueller |
| | ) | |
| v. | ) | No. 03-C-0799 |
| | ) | |
| MANPOWER INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendant, Manpower Inc. ("Manpower"), by and through its attorneys, moves this Court for an Order enforcing the settlement agreement between Manpower and Plaintiff, Janine Dyer ("Plaintiff") and, in support thereof, states as follows:

1. On September 24, 2003, Plaintiff filed an Amended Complaint in this Court alleging Title VII race discrimination and constructive discharge.

2. Shortly after Plaintiff's deposition was completed, counsel for Manpower offered a settlement of One-Thousand Dollars ($1,000.00) in exchange for Plaintiff's dismissal of her suit and a general release of liability.

3. Counsel for Plaintiff subsequently accepted the offer and sent a confirming letter to Manpower's counsel.

4. Accordingly, counsel for Manpower transmitted a draft settlement agreement to opposing counsel on May 13, 2004.

5. On May 27, 2004, Plaintiff's counsel filed a motion seeking to withdraw from his representation of Plaintiff.

6. Manpower's offer of settlement and opposing counsel's subsequent acceptance constitute a binding contract between Defendant and Plaintiff.

The grounds for enforcement of this oral settlement agreement are further set forth in the Memorandum of Law submitted concurrently herewith.

WHEREFORE, Manpower respectfully moves this court to enforce the settlement agreement entered into between Manpower and Plaintiff and such further relief as this Court deems just and proper.

Dated: June _____, 2004                    MANPOWER INC.

                                                By:_____
                                                    One of Its Attorneys

Joel H. Spitz
Michael R. Phillips
MCGUIREWOODS LLP
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601-7567
(312) 558-1000
(312) 750-8600 (fax)

CERTIFICATE OF SERVICE

I, Michael R. Phillips, an attorney, certify that I served the foregoing *Motion to Enforce Settlement Agreement* by sending a copy to:

>Lee R. Jones
>Laster & Jones, LLC.
>633 W. Wisconsin Ave.
>Suite 607
>Milwaukee, WI 53203

by depositing a copy of the same in the United States First Class Mail, postage pre-paid on the

_____ day of June, 2004.

_____
Michael R. Phillips

\\LAB\505871.1